1   LATHAM & WATKINS LLP
       Gene A. Lucero (Bar No. 060252)
2     *Gene.Lucero@lw.com*
       Kirk A. Wilkinson (Bar No. 128367)
3     *Kirk.Wilkinson@lw.com*
   355 South Grand Avenue
4   Los Angeles, California  90071-1560
   Telephone:  (213) 485-1234
5   Facsimile:  (213) 891-8763

6   LATHAM & WATKINS LLP
       Charity M. Gilbreth (Bar No. 223504)
7     *Charity.Gilbreth@lw.com*
       Jason R. Liljestrom (Bar No. 254593)
8     *Jason.Liljestrom@lw.com*
   650 Town Center Drive, Suite 2000
9   Costa Mesa, California  92626-1925
   Telephone:  (714) 540-1235
10  Facsimile:  (714) 755-8290

11  Attorneys for Defendants THE WALT
   DISNEY COMPANY, DISNEY
12  ENTERPRISES, INC., and DISNEY
   WORLDWIDE SERVICES, INC.

13

14            UNITED STATES DISTRICT COURT

15     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16

17  ENVIRONMENTAL WORLD        CASE NO. CV09-4045 DDP PLAx
   WATCH, INC., DENNIS JACKSON,
18  ROBERT HILL, ROBIN McCALL,
   AND WILLIAM McCALL,        **[PROPOSED] ORDER GRANTING
19                      DEFENDANTS' MOTION TO
          Plaintiffs,         DISMISS SECOND AMENDED
20                      COMPLAINT FOR FAILURE TO
          v.               STATE A CLAIM AND LACK OF
21                      SUBJECT MATTER JURISDICTION**
   THE WALT DISNEY COMPANY,
22  WALT DISNEY ENTERPRISES,
   INC., DISNEY WORLDWIDE        Assigned To: Hon. Dean D. Pregerson
23  SERVICES, INC.; and DOES 1
   through 30, Inclusive,          Ctrm:   3, Second Floor
24                      Date:    September 28, 2009
          Defendants.      Time:   10:00 a.m.

25

26

27

28

LATHAM&WATKINS LLP  OC\1028765
ATTORNEYS AT LAW
ORANGE COUNTY                    [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS SECOND AMENDED COMPLAINT

# [PROPOSED] ORDER

1         Defendants The Walt Disney Company, Disney Enterprises, Inc. and Disney

2 Worldwide Services, Inc.'s ("Defendants") Motion to Dismiss the Second

3 Amended Complaint for Failure to State a Claim and Lack of Subject Matter

4 Jurisdiction came on for hearing before this Court on September 28, 2009.  This

5 Court, having considered the papers submitted and the oral arguments presented by

6 counsel,

7 HEREBY ORDERS THAT:

8         Defendants' Motion to Dismiss the Second Amended Complaint is

9 GRANTED.

Dated: _____        _____

                                                 Honorable Dean D. Pregerson
                                                 United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1028765

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS SECOND AMENDED COMPLAINT