1  LATHAM & WATKINS LLP
      Gene A. Lucero (Bar No. 060252)
2      *Gene.Lucero@lw.com*
      Kirk A. Wilkinson (Bar No. 128367)
3      *Kirk.Wilkinson@lw.com*
   355 South Grand Avenue
4  Los Angeles, California  90071-1560
   Telephone:  (213) 485-1234
5  Facsimile:  (213) 891-8763

6  LATHAM & WATKINS LLP
      Charity M. Gilbreth (Bar No. 223504)
7      *Charity.Gilbreth@lw.com*
   650 Town Center Drive, Suite 2000
8  Costa Mesa, California  92626-1925
   Telephone:  (714) 540-1235
9  Facsimile:  (714) 755-8290

10 Attorneys for Defendants THE WALT
   DISNEY COMPANY, DISNEY
11 ENTERPRISES, INC., and DISNEY
   WORLDWIDE SERVICES, INC.

12

13              UNITED STATES DISTRICT COURT

14      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

16 ENVIRONMENTAL WORLD          CASE NO. CV09-4045 DMG (PLAx)
   WATCH, INC., DENNIS JACKSON,
17 ROBERT HILL, ROBIN McCALL,   **ORDER**
   AND WILLIAM McCALL,
18                              Assigned To: Hon. Dolly M. Gee
              Plaintiffs,
19                             Complaint Filed:  June 5, 2009
        v.                     Second Amended Complaint Filed:
20                             August 14, 2009
   THE WALT DISNEY COMPANY,     Trial Date:  September 6, 2011
21 WALT DISNEY ENTERPRISES,
   INC., DISNEY WORLDWIDE
22 SERVICES, INC., and DOES 1
   through 30, Inclusive,
23
              Defendants.
24

25

26

27

28

OC\1070021.1

1         Having considered the Stipulated Confidentiality Agreement filed by

2   the parties, and having found that good cause exists for the issuance of this

3   Protective Order, it is hereby entered.

4   **IT IS SO ORDERED.**

5

6   DATED:  June 29, 2010          By: _____

7                                               Honorable Paul L. Abrams

8                                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28