# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 09-4045-DMG (PLAx)                                    Date February 24, 2014

Title: Environmental World Watch, Inc., et al. v. The Walt Disney Company, et al.

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR DEFENDANTS:           ATTORNEYS PRESENT FOR NON-PARTY:
                NONE                                                  NONE

**PROCEEDINGS:**          ( IN CHAMBERS)

**No later than February 27, 2014**, counsel for plaintiff Environmental World Watch is ordered to show cause why counsel should not be sanctioned for his failure to appear at the settlement conference in this action on February 20, 2014.


cc:    Counsel of Record
       William Dunlap
       Doris Nichols

Initials of Deputy Clerk      ch

---

CV-90 (10/98)                              CIVIL  MINUTES  -  GENERAL