UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 09-04045 DMG (PLAx)** | Date | March 4, 2013 |
|---|---|---|---|

| Title | *Environmental World Watch, Inc., et al. v. The Walt Disney Company, et al.* | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| R. Neal for VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE HEARING ON ORDER TO SHOW CAUSE [DOC. # 390]**

On November 1, 2013, the Court issued an Order to Show Cause ("OSC") as to whether Plaintiff, Environmental World Watch, Inc. ("EWW"), should be dismissed as a plaintiff because its corporate status had been deemed "forfeited" by the California Secretary of State. [Doc. # 390.] EWW filed a response to the OSC on November 22, 2013. [Doc. # 397.] Defendant, The Walt Disney Company, filed an opposition on December 6, 2013. [Doc. # 400] In its opposition, Disney raises additional concerns regarding EWW's standing, to which EWW has not adequately responded in its reply, after noting that the Court's OSC focused solely on the corporate status of EWW. [Doc. # 404.] Because the question of whether EWW has standing to assert its claims implicates the Court's subject matter jurisdiction, this Court can raise the issue *sua sponte* at any time. *See* Fed. R. Civ. P. 12(h)(3); *Bernhardt v. Cnty. of Los Angeles*, 279 F.3d 862, 868 (9th Cir. 2002) (citing *B.C. v. Plumas Unified Sch. Dist.*, 192 F.3d 1260, 1264 (9th Cir. 1999)). The Court intends to rule on the issue raised in its OSC as well as the standing issues raised in Disney's opposition. In order to obviate any misunderstanding, the Court offers EWW an additional opportunity to more fully address the issues raised in Disney's opposition and provide any supporting evidence by **March 14, 2014**.

In addition, Disney has filed supplemental information relating to the OSC to notify the Court that EWW submitted a document that may have been intentionally altered. [Doc. ## 411, 412.] The Court orders EWW to show cause in writing by **March 14, 2014** why monetary sanctions should not be imposed upon it if, in fact, it submitted altered or fraudulent evidence to the Court. *See* Fed. R. Civ. Pro. 11(c)(3); *Fink v. Gomez*, 239 F.3d 989, 991 (9th Cir. 2001).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 09-04045 DMG (PLAx)** | Date | March 4, 2013 |
| Title | *Environmental World Watch, Inc., et al. v. The Walt Disney Company, et al.* | Page | 2 of 2 |

  The Court hereby **continues** the hearing scheduled for March 7, 2014 at 9:30 a.m., on its OSC and Defendants' motion to amend the summary judgment order and certify the order for interlocutory review, to **March 21, 2014 at 9:30 a.m.**

**IT IS SO ORDERED.**